UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

RONALD EUGENE RICE,
             *Plaintiff-Appellant,*

v.

VICTORY MILLS,
                      *Plaintiff,*

v.

NATIONAL SECURITY COUNCIL; UNITED
STATES OF AMERICA; CENTRAL
INTELLIGENCE AGENCY; STATE OF
ARKANSAS; SOUTHERN AIR
TRANSPORT; ESTATE OF GEORGE W.
BUSH; ESTATE OF WILLIAM FRENCH
SMITH; EDWIN MEESE; RICHARD
THORNBURGH; WILLIAM BARR; JANET
RENO; ESTATE OF WILLIAM CASEY;
ROBERT DEUTCH; GEORGE TENET;
ESTATE OF WILLIAM JEFFERSON
CLINTON; RAYMOND BUDDY YOUNG;
DOES I-XXX,
             *Defendants-Appellees.*

No. 01-7273

Appeal from the United States District Court
for the District of South Carolina, at Greenwood.
G. Ross Anderson, Jr., District Judge.
(CA-00-3937-9-17AJ)

Submitted: September 4, 2002

Decided: September 24, 2002

Before LUTTIG and MICHAEL, Circuit Judges, and
HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

---

### COUNSEL

Ronald Eugene Rice, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

---

### OPINION

PER CURIAM:

Ronald E. Rice[1] filed this action in the district court asserting gov-
ernment officials and agencies conspired to import and distribute
cocaine in urban, African-American neighborhoods and subvert the
profits to the Nicaraguan Contra movement. The district court, on the
recommendation of the magistrate judge, dismissed the action under
28 U.S.C. § 1915A (2000), and revoked Rice's unvested good time
credits under 28 U.S.C. § 1932 (2000).[2] Rice does not challenge the
district court's conclusion that his claims were frivolous, so that por-
tion of the district court's order is not properly before us. *See* 4th Cir.
R. 34(b). Moreover, because the district court properly concluded that
this action was malicious or was intended to harass the Defendants,
notwithstanding Rice's self-serving statements to the contrary, we
will not disturb the revocation of good time credits. Accordingly, we
affirm on the reasoning of the district court. *See Rice v. National
Security Council*, No. CA-00-3937-9-17AJ (D.S.C. June 8, 2001). We
dispense with oral argument because the facts and legal contentions

---

[1]We previously dismissed the appeal of Rice's co-Plaintiff for failure
to prosecute.

[2]There are two statutes designated as 28 U.S.C. § 1932; the district
court's order involved the second § 1932.

are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*